```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MEL FUGATE,

                               Plaintiff,                      22-CV-10483 (LGS)(SN)

               -against-                                **ORDER**

ANGELO J. KINICKI, et al.,

                               Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Monday, March 13, 2023, the Honorable Lorna G. Schofield assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Rachel Slusher, at Rachel_Slusher@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:       March 14, 2023
                 New York, New York