USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MEL FUGATE,

                            Plaintiff,                22-CV-10483 (LGS)(SN)

               -against-                    **SETTLEMENT CONFERENCE ORDER**

ANGELO J. KINICKI, et al.,

                          Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Wednesday, May 10, 2023, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information in advance of the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts,gov, by Wednesday, May 3, 2023. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      March 16, 2023
                 New York, New York